```
                              FILED         RECEIVED
                              ENTERED       SERVED ON
                                      COUNSEL/PARTIES OF RECORD

                                     DEC 2 9 2010

                                  CLERK US DISTRICT COURT
                                    DISTRICT OF NEVADA
                              BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREDRICK CONNORS, | |
| Plaintiff, | 3:10-CV-00659-RCJ-RAM |
| v. | **ORDER** |
| CHARTER COMMUNICATIONS, INC., VERICHIP CORPORATION, APPLIED DIGITAL SOLUTIONS, DIGITAL ANGEL CORPORATION, NEVADA ENERGY, | |
| Defendants. | |

Before the Court is the Report and Recommendation of the United States Magistrate Judge (#3) ("Recommendation") entered on October 25, 2010, in which the Magistrate Judge recommends that this Court enter an order dismissing this action with prejudice and entering judgment accordingly. No objection to the Report and Recommendation has been filed.

## I. Discussion

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Further, under 28 U.S.C. § 636(b)(1), if a party makes a timely objection to the magistrate judge's recommendation, then this Court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made."[1] Nevertheless, the statute does not "require[ ] some lesser review by [this Court] when no objections are filed." Thomas v. Arn, 474 U.S. 140, 149–50 (1985). Instead, under the statute, this Court is not required to conduct "any

---

[1] For an objection to be timely, a party must serve and file it within 10 days after being served with the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C).

1

1  review at all . . . of any issue that is not the subject of an objection." Id. at 149.  Similarly, the
2  Ninth Circuit has recognized that a district court is not required to review a magistrate judge's
3  report and recommendation where no objections have been filed. See United States v. Reyna-
4  Tapia, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the
5  district court when reviewing a report and recommendation to which no objections were made);
6  see also Schmidt v. Johnstone, 263 F.Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth
7  Circuit's decision in Reyna-Tapia as adopting the view that district courts are not required to
8  review "any issue that is not the subject of an objection."). Thus, if there is no objection to a
9  magistrate judge's recommendation, then this Court may accept the recommendation without
10 review. See e.g., Johnstone, 263 F.Supp. 2d at 1226 (accepting, without review, a magistrate
11 judge's recommendation to which no objection was filed).

12     In this case, there have been no objections filed to the Magistrate Judge's Report and
13 Recommendation.  Although no objection was filed, this Court has reviewed the Report and
14 Recommendation (#3) and accepts it. Accordingly,

15     IT IS HEREBY ORDERED that this action is dismissed with prejudice. The Clerk of the
16 Court shall enter Judgment accordingly.

17     IT IS SO ORDERED.

19     DATED: This 29th day of December.

_____
UNITED STATES DISTRICT JUDGE

2